IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Kendall, Michele C | Case Number: 04 B 23739 |
|---|---|
| | Judge: Wedoff, Eugene R |
| Printed: 03/24/09 | Filed: 6/23/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: February 26, 2009
Confirmed:   August 19, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 11,000.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 7,007.67 |
| Priority: |  | 590.79 |
| Administrative: |  | 1,800.00 |
| Trustee Fee: |  | 504.66 |
| Other Funds: |  | 1,096.88 |
| Totals: | 11,000.00 | 11,000.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Ernesto D Borges Jr Esq | Administrative | 1,800.00 | 1,800.00 |
| 2. | CitiMortgage Inc | Secured | 0.00 | 0.00 |
| 3. | Internal Revenue Service | Priority | 517.05 | 517.05 |
| 4. | Illinois Dept of Revenue | Priority | 73.74 | 73.74 |
| 5. | Northwestern Memorial Hospital | Unsecured | 128.82 | 0.00 |
| 6. | Financial Control | Unsecured | 34.92 | 39.75 |
| 7. | RoundUp Funding LLC | Unsecured | 122.81 | 139.78 |
| 8. | Educational Credit Management Corp | Unsecured | 1,211.08 | 1,374.42 |
| 9. | National Capital Management | Unsecured | 629.94 | 714.90 |
| 10. | RoundUp Funding LLC | Unsecured | 386.36 | 438.48 |
| 11. | RoundUp Funding LLC | Unsecured | 788.66 | 895.03 |
| 12. | Emerge Mastercard | Unsecured | 1,010.83 | 1,147.17 |
| 13. | Jefferson Capital | Unsecured | 202.57 | 230.57 |
| 14. | ECast Settlement Corp | Unsecured | 263.31 | 299.74 |
| 15. | Northwestern Memorial Hospital | Unsecured | 156.22 | 0.00 |
| 16. | ECast Settlement Corp | Unsecured | 219.30 | 249.60 |
| 17. | Internal Revenue Service | Unsecured | 13.55 | 15.42 |
| 18. | South Central Bank | Unsecured | 973.36 | 1,104.64 |
| 19. | Wisconsin Electric | Unsecured | 306.09 | 347.37 |
| 20. | Illinois Dept of Revenue | Unsecured | 9.49 | 10.80 |
| 21. | Evergreen Emergency Service | Unsecured |  | No Claim Filed |
| 22. | Home Depot | Unsecured |  | No Claim Filed |
| 23. | Southwest Hospital | Unsecured |  | No Claim Filed |
| 24. | Household Finance | Unsecured |  | No Claim Filed |
| 25. | Illinois Bone & Joint Institute | Unsecured |  | No Claim Filed |
| 26. | Little Company Of Mary Hospital | Unsecured |  | No Claim Filed |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Kendall, Michele C

Printed: 03/24/09

Case Number:  04 B 23739
Judge:  Wedoff, Eugene R
Filed:  6/23/04

### DISBURSEMENT DETAIL

| Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|
| 27. MBNA America | Unsecured | | No Claim Filed |
| 28. Little Company Of Mary Hospital | Unsecured | | No Claim Filed |
| 29. Abdul Amine M D S C | Unsecured | | No Claim Filed |
| 30. Willis G Parson M D | Unsecured | | No Claim Filed |
| 31. Financial Control | Unsecured | | No Claim Filed |
| 32. Southwest Radiological Assoc | Unsecured | | No Claim Filed |
| | | $ 8,848.10 | $ 9,398.46 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 127.10 |
| 4% | 17.19 |
| 3% | 42.12 |
| 5.5% | 137.91 |
| 5% | 26.98 |
| 4.8% | 79.27 |
| 5.4% | 72.34 |
| 6.6% | 1.75 |
| | $ 504.66 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

